UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AMANDA M. MCPHERSON,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | Civil No. 3:21-CV-05450-RSM<br><br><br>ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

Defendant shall have up to and including October 29, 2021, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if feasible.

If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

1

2   DATED this 7th day of September, 2021.

3

4

5

                RICARDO S. MARTINEZ

6                  CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

Presented by:

12

s/ Franco L. Becia

13  FRANCO L. BECIA
Special Assistant United States Attorney

14  Office of the General Counsel
Social Security Administration

15  701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

16  Telephone: (206) 615-2114
Fax: (206) 615-2531

17  franco.l.becia@ssa.gov

18

19

20

21

22

23

24